IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TODD ELLIOTT HITT, | ) | |
| KIDDAR CAPITAL LLC, and | ) | |
| KIDDAR GROUP HOLDINGS, INC., | ) | |
| | ) | |
| Defendants, | ) | CIVIL NO. 1:18-cv-01262 |
| | ) | |
| and | ) | |
| | ) | |
| KIDDAR HERNDON STATION LLC, | ) | |
| KIDDAR HOMEBUILDING FUND I LLC, | ) | |
| MELBOURNE RETREAT LLC, | ) | |
| KIDDAR MASS AVE LLC, | ) | |
| KIDDAR RIDGEVIEW LLC, | ) | |
| ESA EMERSON LLC, | ) | |
| ESA HIGHWOOD LLC, and | ) | |
| KIDDAR AQ LLC a/k/a KIDDAR AQUICORE LLC, | ) | |
| | ) | |
| Relief Defendants. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF PARTIAL JUDGMENTS**

**Hearing Waived**

Plaintiff Securities and Exchange Commission hereby moves the Court for entry of partial judgment as to Defendants Todd Elliott Hitt, Kiddar Capital LLC and Kiddar Group Holdings, Inc., and as to Relief Defendants Relief Defendants Kiddar Homebuilding Fund I LLC; Melbourne Retreat LLC; Kiddar Mass Ave LLC; Kiddar Ridgeview LLC; ESA Emerson LLC; ESA Highwood LLC; and Kiddar AQ LLC a/k/a Kiddar Aquicore LLC.

In connection with the Motion, the SEC files the attached Consents executed by each of the Defendants and Relief Defendants identified above, as well as the attached proposed Judgments. As noted, each of the Defendants and Relief Defendants has consented to entry of the Judgments, and this Motion therefore is unopposed and a hearing is waived.

Accordingly, the SEC respectfully requests entry of the Judgments.

DATED: October 5, 2018          Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By:    /s/ Nicholas C. Margida
        Nicholas C. Margida (VSB No. 73176)
        Sarah Hall (VSB No. 71084)

        Securities and Exchange Commission
        100 F Street NE
        Washington, DC 20549
        Telephone: (202) 551-8504 (Margida)
        Fax: (202) 772-9282
        Email: margidan@sec.gov
              halls@sec.gov

        Attorneys for Plaintiff

Of Counsel:

Patrick R. Costello (application for admission *pro hac vice* filed concurrently)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

## CERTIFICATE OF SERVICE

I certify that on October 5, 2018, I caused to be served the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF PARTIAL JUDGMENTS either by (i) using the CM/ECF system, which will send notification of such filing to counsel for Defendants at the following addresses; or (ii) sending via electronic mail to those counsel not yet registered on the CM/ECF system at the following addresses:

    David Schertler
    Danny C. Onorato
    Hilary Holt LoCicero
    Schertler & Onorato, LLP
    901 New York Avenue, N.W., Suite 500
    Washington, DC 20001
    Dschertler@schertlerlaw.com
    Donorato@schertlerlaw.com
    HLoCicero@schertlerlaw.com

*Counsel for Defendants and for Relief Defendants Kiddar Homebuilding Fund I LLC; Melbourne Retreat LLC; Kiddar Mass Ave LLC; Kiddar Ridgeview LLC; ESA Emerson LLC; ESA Highwood LLC; and Kiddar AQ LLC a/k/a Kiddar Aquicore LLC*

*Counsel for Defendant Todd Elliott Hitt in his capacity as registered agent for Relief Defendant Kiddar Herndon Station LLC*

                                                    /s/ Nicholas C. Margida
                                                    Nicholas C. Margida