# EXHIBIT  C



# A. COTTEN WRIGHT

## Admissions
- North Carolina State Bar (2001)
- U.S. District Courts for the Western District, Middle and Eastern Districts of North Carolina
- U.S. Court of Appeals, Fourth Circuit
- U.S. Supreme Court

## Education
- Jacksonville University (B.A., magna cum laude, 1973)
- University of North Carolina (J.D., 2001); North Carolina Journal of International Law & Commercial Regulation

## Areas of Practice
- Bankruptcy, Debtor/Creditor and Business Workouts
- Bankruptcy, Trustee - Chapters 7 and 11
- Receiverships
- Mediation

## Certification / Specialization
- Board Certified Specialist in Business Bankruptcy Law by the North Carolina State Bar
- Certified as a Business Bankruptcy Specialist by the American Board of Certification
- Certified by the North Carolina Dispute Resolution Commission to conduct mediated settlement conferences in Superior Court civil actions

## Honors and Awards
- Martindale-Hubbell, AV Preeminent Peer Review Rated
- Named to North Carolina Super Lawyers (Bankruptcy & Creditor / Debtor Rights), 2012- 2016

## Memberships
- North Carolina State Bar
- North Carolina Bar Board of Legal Specialization
- Mecklenburg County Bar Association
- North Carolina Bar Association
- American Bar Association
- American Bankruptcy Institute
- National Association of Bankruptcy Trustees

## Representative Cases
- *In re Jenkins*, 507 B.R. 856 (W.D.N.C. 2014), *rev'd by In re Jenkins*, 784 F.3d 230 (4th Cir. 2015); *In re Jenkins*, 2012 WL 6186347 (Bankr. W.D.N.C. Dec. 12, 2012); *In re Hickory Printing Group, Inc.*, 469 B.R. 623 (Bankr. W.D.N.C. 2012); *In re Pacific Ave.*, LLC, 2010 WL 3911345 (Bankr. W.D.N.C. Dec. 1, 2010); *Blue Cross and Blue Shield of North Carolina v. Jemsek Clinic, P.A., et al. (In re Jemsek)*, 441 B.R. 756 (Bankr. W.D.N.C. 2010); *In re Kuebler*, 2010 WL 2540298 (Bankr. W.D.N.C. Jun. 21, 2010); *In re Omar*, 2008 WL 822492 (W.D.N.C. 2008); *Rouse v. Ward*, 2008 WL 5054242 (Bankr. M.D.N.C. 2008); *In re Stafford*, 357 B.R. 730 (Bankr. W.D.N.C. 2006)

[Updated April 2016]