<u>**EXHIBIT 5**</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil No. 1:18-cv-01262 |
| TODD ELLIOTT HITT, KIDDAR CAPITAL LLC, and KIDDAR GROUP HOLDINGS, INC., | ) ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| KIDDAR HERNDON STATION LLC, KIDDAR HOMEBUILDING FUND I, LLC, MELBOURNE RETREAT LLC, KIDDAR MASS AVE LLC, KIDDAR RIDGEVIEW LLC, ESA EMERSON LLC, ESA HIGHWOOD LLC, and KIDDAR AQ LLC a/k/a KIDDAR AQUICORE LLC, | ) ) ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) ) | |

**ORDER APPROVING FIRST INTERIM APPLICATION OF**
**PROTIVITI FOR ALLOWANCE OF COMPENSATION AND**
<u>**EXPENSE REIMBURSEMENT AS FINANCIAL ADVISOR TO THE RECEIVER**</u>

This matter came before the Court upon the First Interim Application of Protiviti for Allowance of Compensation and Expense Reimbursement Incurred as Financial Advisor to the Receiver (the "**Application**") filed by Protiviti ("**Protiviti**"), counsel for Bruce H. Matson (the "**Receiver**") of the estates of Kiddar Capital LLC, Kiddar Group Holdings, Inc., Kiddar

Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC (the "**Receivership Defendants**").  The Court, having reviewed the Application and having heard the statements of counsel in support of the relief requested therein at a hearing on the Application (the "**Hearing**") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. § 959, (ii) notice of the Application and Hearing was proper and sufficient; (iii) there are no objections to the Application; and (iv) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1.     The Application is approved.

2.     Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.     Compensation in the amount of $53,134.00 for professional services rendered to the Receiver for the Receiver's benefit from and including October 12, 2018, through and including December 31, 2018, is hereby allowed.

4.     The Receiver is authorized and directed to pay eighty percent (80%) of professional fees ($42,507.20) awarded herein.

5.     Upon entry, the Clerk shall serve a copy of this Order on those parties on the attached Service List.

IT IS SO ORDERED, this ___ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE

## **SERVICE LIST**

Bruce H. Matson
LeClairRyan PLLC
919 East Main Street, 24th Floor
Richmond, VA 23219
     *Receiver*

W. Michael Holm
Christopher L. Perkins
LeClairRyan PLLC
919 East Main Street, 24th Floor
Richmond, VA 23219
     *Counsel to Receiver*

Guy A. Davis
Protiviti, Inc.
1051 East Cary Street, Suite 602
Richmond, VA 23219
     *Financial Advisor to Receiver*