<u>**EXHIBIT G**</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>TODD ELLIOTT HITT, KIDDAR CAPITAL LLC, and KIDDAR GROUP HOLDINGS, INC.,<br><br>          Defendants,<br><br>and<br><br>KIDDAR HERNDON STATION LLC, KIDDAR HOMEBUILDING FUND I, LLC, MELBOURNE RETREAT LLC, KIDDAR MASS AVE LLC, KIDDAR RIDGEVIEW LLC, ESA EMERSON LLC, ESA HIGHWOOD LLC, and KIDDAR AQ LLC a/k/a KIDDAR AQUICORE LLC,<br><br>          Relief Defendants. | Civil No. 1:18-cv-01262 |

**ORDER APPROVING THIRD INTERIM APPLICATION OF**
**LECLAIRRYAN AND FIRST INTERIM APPLICATION OF ESCM**
**FOR ALLOWANCE OF COMPENSATION AND**
<u>**EXPENSE REIMBURSEMENT AS COUNSEL TO THE RECEIVER**</u>

This matter came before the Court upon the Third Interim Application of LeClairRyan for

Allowance of Compensation and Expense Reimbursement Incurred as Counsel to the Receiver (the

"**Application**") filed by LeClairRyan, a Professional Corporation ("**LeClairRyan**"), former counsel,

and upon the First Interim Application for Allowance of Compensation and Expense Reimbursement Incurred as Counsel to the Receiver (the "**Application**") filed by Eckert Seamans Cherin & Mellott, LLC ("**ESCM**"), current counsel for Bruce H. Matson (the "**Receiver**") of the estates of Kiddar Herndon Station LLC, Kiddar Capital LLC, Kiddar Group Holdings, Inc., Kiddar Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC (the "**Receivership Defendants**").  The Court, having reviewed the Application and having heard the statements of counsel in support of the relief requested therein at a hearing on the Application (the "**Hearing**") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. § 959, (ii) notice of the Application and Hearing was proper and sufficient; (iii) there are no objections to the Application; and (iv) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1.      The Application is approved.

2.      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.      Compensation to LeClairRyan in the amount of $63,166.50 for professional services rendered to the Receiver and reimbursement of $617.76 for out-of-pocket expenses incurred for the Receiver's benefit from and including April 1, 2019, through and including August 14, 2019, is hereby allowed.

4.      Compensation to ESCM in the amount of $37,092.42 for professional services rendered to the Receiver and reimbursement of $34.17 for out-of-pocket expenses incurred for the

Receiver's benefit from and including August 15, 2019, through and including September 30, 2019, is hereby allowed.

5.   The Receiver is authorized and directed to pay to LeClairRyan eighty percent (80%) of professional fees ($50,533.20) and expenses ($494.21) awarded herein.

6.   The Receiver is authorized and directed to pay to ESCM eighty percent (80%) of professional fees ($29,673.94) and expenses ($27.34) awarded herein.

7.   Upon entry, the Clerk shall serve a copy of this Order on those parties on the attached Service List.

IT IS SO ORDERED, this ___ day of _____, 2019.


_____
UNITED STATES DISTRICT JUDGE

## SERVICE LIST

Bruce H. Matson
7204 Glen Forest Drive
Richmond, VA 23226
  *Receiver*

Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219
  *Counsel to Receiver*