IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:18-cv-01262 (LMB/TCB) |
| TODD ELLIOTT HITT, et al. | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim No. 1:19-cr-43 (LMB) |
| TODD ELLIOTT HIT | ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR STATUS CONFERENCE**

The United States of America, the Securities and Exchange Commission and Bruce H. Matson (the "**Receiver**") of the estates of Kiddar Herndon Station, LLC, Kiddar Capital LLC, Kiddar Group Holdings, Inc., Kiddar Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC, by counsel, hereby jointly move this Court for a status conference.

We wish to bring to the attention of the Court that last week, Bankruptcy Judge Huennekens removed the Receiver from his role as liquidation trustee in the matter styled as *In re LandAmerica Financial Group, Inc.*, *et al.* (E.D. Va. Case No. 08-35994). The parties refer the Court to the proceedings in that matter for further information.

In light of the Receiver's removal in that matter, the parties seek the Court's guidance on how the instant matter should proceed.

Dated: December 5, 2019

UNITED STATES OF AMERICA

/s/
Laura Michelle Grimes (VSB No. 75998)
Assistant United States Attorney
United States Attorney's Office
101 W. Main St., Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
laura.grimes@usdoj.gov

SECURITIES AND EXCHANGE COMMISSION

/s/
Nicholas C. Margida (VSB No. 73176)
Patrick R. Costello (Fla. Bar No. 75034), *pro hac vice*
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-3982
Facsimile: (202) 772-9282
margidan@sec.gov
costellop@sec.gov

BRUCE H. MATSON, RECEIVER

/s/
Christopher L. Perkins (VSB No. 41783)
Eckert Seamans Cherin & Mellott, LLC
919 East Main St., Suite 1300
Richmond, VA 23219
Telephone: (804) 788-9636
Facsimile: (804) 698-2950
cperkins@eckertseamans.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2019, a true and correct copy of the foregoing Joint Motion was filed with the Clerk through the Court's CM/ECF system and served on all persons receiving electronic notice in this case, including the following:

Laura Michelle Grimes
Assistant United States Attorney
United States Attorney's Office
101 W. Main St., Suite 8000
Norfolk, VA 23510
*Counsel for the United States of America*

Nicholas C. Margida
Charles J. Felker
Patrick R. Costello
U.S. Securities & Exchange Commission
100 F Street NE
Washington, D.C. 20549
*Counsel for the SEC*

Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 East Main St., Suite 1300
Richmond, VA 23219
*Counsel for the Receiver*

David H. Dickieson
Danny Onorato
Hilary LoCicero
Schertler & Onorato LLP
1101 Pennsylvania Avenue NW
Washington, D.C. 20004
    *Counsel for the Defendants and the Receivership Defendants*

Michael J. Lichtenstein
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854
    *Counsel for Eagle Bank*

Jeff J. Marwil
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602
    *Counsel for Matthew Bullock*

Barry Boss
Cozen O'Connor
1200 19th Street NW
Washington, DC 20036
    *Counsel for the Hitt Family*

James M. Sack
The Sack Law Firm, P.C.
8270 Greensboro Drive, Suite 810
McLean, VA 22102
    *Counsel for Herndon Station, LLC and Various Investors/Creditors*

    /s/
Christopher L. Perkins (VSB No. 41783)
Eckert Seamans Cherin & Mellott, LLC
919 East Main St., Suite 1300
Richmond, VA 23219
Telephone: (804) 788-9636
Facsimile: (804) 698-2950
cperkins@eckertseamans.com