# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) TODD ELLIOTT HITT, KIDDAR ) CAPITAL LLC, and KIDDAR GROUP ) HOLDINGS, INC., ) ) Defendants, ) ) and ) ) KIDDAR HERNDON STATION LLC, ) KIDDAR HOMEBUILDING FUND I, ) LLC, MELBOURNE RETREAT LLC, ) KIDDAR MASS AVE LLC, KIDDAR ) RIDGEVIEW LLC, ESA EMERSON ) LLC, ESA HIGHWOOD LLC, and ) KIDDAR AQ LLC a/k/a KIDDAR ) AQUICORE LLC, ) ) Relief Defendants. ) ) | Civil No. 1:18-cv-01262 |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Please take notice that on Friday, May 8, 2020, Christopher L. Perkins (the "**Receiver**") of the estates of Kiddar Herndon Station LLC, Kiddar Capital LLC, Kiddar Group Holdings, Inc., Kiddar Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC, by counsel, filed with this Court (i) Eckert Seamans' Third Interim

Application for Allowance of Compensation and Expense Reimbursement as Counsel to the Receiver (Docket No. 143); and (ii) Protiviti's Fifth Interim Application for Allowance of Compensation and Expense Reimbursement as Financial Advisor to the Receiver (Docket No. 144) (the "**Applications**").

Please take further notice that pursuant to Local Rule 7(J), the Receiver requests the Court waive oral argument, as the Receiver believes these Applications are unopposed and hereby submits these Applications for ruling.  Should the Court determine that any hearing on said Applications is required, any such hearing will be held via video conference and/or telephonically at the discretion of the Court, and at a date and time to be determined by the Court.

Dated:  May 11, 2020                             CHRISTOPHER L. PERKINS, RECEIVER

/s/ Christopher L. Perkins
Christopher L. Perkins (Virginia Bar No.  41783)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9636
Facsimile:  (804) 698-2950
cperkins@eckertseamans.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2020, a true and correct copy of the foregoing was filed with the Court through the Clerk's CM/ECF filing system and served on all persons receiving electronic notice in this case, and/or by first-class mail, postage prepaid, to all parties listed below:

Nicholas C. Margida
Charles J. Felker
Patrick R. Costello
U.S. Securities & Exchange Commission
100 F Street NE
Washington, D.C. 20549
    *Counsel for the SEC*

David H. Dickieson
Danny Onorato
Hilary LoCicero
Schertler & Onorato LLP
1101 Pennsylvania Avenue NW
Washington, D.C. 20004
    *Counsel for the Defendants and the Receivership Defendants*

Michael J. Lichtenstein
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854
    *Counsel for Eagle Bank*

F. Douglas Ross
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
    *Counsel for Freedom Bank*

Jeff J. Marwil
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602
    *Counsel for Matthew Bullock*

Barry Boss
Cozen O'Connor
1200 19th Street NW
Washington, DC 20036
    *Counsel for Brett Hitt, Hitt Family and Hitt Construction*

James M. Sack
The Sack Law Firm, P.C.
8270 Greensboro Drive, Suite 810
McLean, VA 22102
    *Counsel for Herndon Station, LLC and various investors/creditors*

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
    *Counsel for ATC Financial LLC and Brian Casey*

Ralph E. Kipp
Law Office of Ralph E. Kipp
10615 Judicial Dr., Suite 501
Fairfax, VA 22030
    *Counsel for An Ping Corporation*

Jack Garson
Garson Law LLC
7910 Woodmont Avenue, Suite 650
Bethesda, MD 20814
    *Counsel for Glen Ferguson*

David G. Barger
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
    *Counsel for VR Investments*

John S. West
Troutman Sanders LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
    *Counsel for Woodfield Investments*

David Mark
2534 North Jefferson Street
Arlington, VA 22207
    *Pro Se Investor*

        /s/
Christopher L. Perkins (Virginia Bar No. 41783)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9636
Facsimile: (804) 698-2950
cperkins@eckertseamans.com