**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TODD ELLIOTT HITT, KIDDAR CAPITAL LLC, and KIDDAR GROUP HOLDINGS, INC.,<br><br>Defendants,<br><br>and<br><br>KIDDAR HERNDON STATION LLC, KIDDAR HOMEBUILDING FUND I, LLC, MELBOURNE RETREAT LLC, KIDDAR MASS AVE LLC, KIDDAR RIDGEVIEW LLC, ESA EMERSON LLC, ESA HIGHWOOD LLC, and KIDDAR AQ LLC a/k/a KIDDAR AQUICORE LLC,<br><br>Relief Defendants. | Civil No. 1:18-cv-01262 |

**ORDER APPROVING FINAL APPLICATION OF ESCM
FOR ALLOWANCE OF COMPENSATION AND
EXPENSE REIMBURSEMENT AS COUNSEL TO THE RECEIVER**

This matter came before the Court upon the Third Interim Application for Allowance of Compensation and Expense Reimbursement Incurred as Counsel to the Receiver (the "**Application**") filed by Eckert Seamans Cherin and Mellott, LLC ("**ESCM**"), counsel for the Receiver of the estates of Kiddar Herndon Station LLC, Kiddar Capital LLC, Kiddar Group

Holdings, Inc., Kiddar Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC. The Court, having reviewed the Application and having heard the statements of counsel in support of the relief requested therein at a hearing on the Application (the "**Hearing**") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. § 959, (ii) notice of the Application and Hearing was proper and sufficient; (iii) there are no objections to the Application; and (iv) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1. The Application is approved.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. Compensation to ESCM in the amount of $73,574.25 for professional services rendered to the Receiver and reimbursement of $293.39 for out-of-pocket expenses incurred for the Receiver's benefit from and including April 1, 2020, through and including October 31, 2020, is hereby allowed.

4. The interim orders approving prior fee applications are hereby approved on a final basis.

5. The Receiver is authorized and directed to pay to ESCM the professional fees and expenses awarded herein, along with all accrued fees heldback from previous fee applications.

IT IS SO ORDERED, this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE