**EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>TODD ELLIOTT HITT, KIDDAR CAPITAL LLC, and KIDDAR GROUP HOLDINGS, INC.,<br><br>                Defendants,<br><br>and<br><br>KIDDAR HERNDON STATION LLC, KIDDAR HOMEBUILDING FUND I, LLC, MELBOURNE RETREAT LLC, KIDDAR MASS AVE LLC, KIDDAR RIDGEVIEW LLC, ESA EMERSON LLC, ESA HIGHWOOD LLC, and KIDDAR AQ LLC a/k/a KIDDAR AQUICORE LLC,<br><br>                Relief Defendants. | Civil No. 1:18-cv-01262 |

**ORDER APPROVING FINAL APPLICATION OF
PROTIVITI FOR ALLOWANCE OF COMPENSATION AND
EXPENSE REIMBURSEMENT AS FINANCIAL ADVISOR TO THE RECEIVER**

This matter came before the Court upon the Final Application of Protiviti for Allowance of Compensation and Expense Reimbursement Incurred as Financial Advisor to the Receiver (the "**Application**") filed by Protiviti ("**Protiviti**"), counsel for Christopher L. Perkins (the "**Receiver**") of the estates of Kiddar Capital LLC, Kiddar Group Holdings, Inc., Kiddar

Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC (the "**Receivership Defendants**"). The Court, having reviewed the Application and having heard the statements of counsel in support of the relief requested therein at a hearing on the Application (the "**Hearing**") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. § 959, (ii) notice of the Application and Hearing was proper and sufficient; (iii) there are no objections to the Application; and (iv) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1. The Application is approved.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. Compensation in the amount of $23,190.00 for professional services rendered to the Receiver from and including April 1, 2020, through and including September 30, 2020, is hereby allowed.

4. All prior fee applications are approved on a final basis and the Receiver is authorized to release all holdback amounts.

5. The Receiver is authorized and directed to pay the professional fees and expenses awarded herein.

IT IS SO ORDERED, this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE