**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 1:18-cv-01262 |
| TODD ELLIOTT HITT, KIDDAR CAPITAL LLC, and KIDDAR GROUP HOLDINGS, INC., | )<br>)<br>)<br>) |
| Defendants, | ) |
| and | ) |
| KIDDAR HERNDON STATION LLC, KIDDAR HOMEBUILDING FUND I, LLC, MELBOURNE RETREAT LLC, KIDDAR MASS AVE LLC, KIDDAR RIDGEVIEW LLC, ESA EMERSON LLC, ESA HIGHWOOD LLC, and KIDDAR AQ LLC a/k/a KIDDAR AQUICORE LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Relief Defendants. | ) |

**ORDER APPROVING APPLICATION OF
GORFINE, SCHILLER AND GARDYN, P.A. FOR ALLOWANCE OF
COMPENSATION AS TAX ADVISOR TO THE RECEIVER**

This matter came before the Court upon the First and Final Application of Gorfine Schiller and Gardyn, P.A. ("**Gorfine**") for Allowance of Compensation and Expense Reimbursement Incurred as Tax Advisor to the Receiver (the "**Application**") filed by Gorfine, as tax advisor for Christopher L. Perkins (the "**Receiver**") of the estates of Kiddar Capital LLC, Kiddar Group

Holdings, Inc., Kiddar Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC (the "**Receivership Defendants**").  The Court, having reviewed the Application and having heard the statements of counsel in support of the relief requested therein at a hearing on the Application (the "**Hearing**") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. § 959, (ii) notice of the Application and Hearing was proper and sufficient; (iii) there are no objections to the Application; and (iv) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1. The Application is approved.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. Compensation in the amount of $300,341 for professional services rendered to the Receiver from and including February 17, 2019, through and including November 23, 2020, is hereby allowed.

4. The Receiver is authorized and directed to pay the professional fees and expenses awarded herein.

IT IS SO ORDERED, this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE