Exhibit 1

Standardized Fund Accounting Report for Kiddar Capital - Cash Basis
Receivership Civil Court Docket No.
Reporting Period 4/1/20 to 9/30/20

**Fund Accounting:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 3/31/19): | | | $ - |
| | Increases in Fund Balance: | | | |
| Line 2 | Business Income | 139,970 | 139,970 | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 - 8): | | | 139,970 |
| | Decreases in Fund Balance: | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 83,088 | 83,088 | |
| Line 10b | Business Asset Expenses | 3,138 | 3,138 | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | 58,363 | 58,363 | |
| | Total Disbursements for Receivership Operations | | | 144,590 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) ........... | | | |
| | Distribution Agent ...................................... | | | |
| | Consultants ............................................. | | | |
| | Legal Advisers ......................................... | | | |
| | Tax Advisers ........................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator ................................. | | | |
| | IDC ...................................................... | | | |
| | Distribution Agent ................................... | | | |
| | Consultants ............................................ | | | |
| | Legal Advisers ........................................ | | | |
| | Tax Advisers .......................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan ................ | | | |
| | Claimant Identification ........................... | | | |
| | Claims Processing .................................. | | | |
| | Web Site Maintenance/Call Center ............. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution | | | |
| | (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9-11) | | | 144,590 |
| Line 13 | Ending Balance (As of 9/30/2020): | | | $ (4,620) |

Exhibit 1

Standardized Fund Accounting Report for Kiddar Capital - Cash Basis
Receivership Civil Court Docket No.
Reporting Period 4/1/20 to 9/30/20

**Fund Accounting:**

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | Ending Balance of Fund - Net Assets: |  |  |  |
| Line 14a | Cash & Cash Equivalents | (4,620) | (4,620) |  |
| Line 14b | Investments | 31,940,201 | 31,940,201 |  |
| Line 14c | Other Assets or Uncleared Funds | TBD | TBD |  |
|  | Total Ending Balance of Fund - Net Assets |  |  | $   31,935,581 |

**Other Supplemental Information:**

Report of Items NOT To Be Paid by the Fund:

| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: |
|---|---|
| Line 15a | Plan Development Expenses Not Paid by the Fund: |

1. Fees:
Fund Administrator. ...........................................................
IDC .................................................................................
Distribution Agent. ............................................................
Consultants ......................................................................
Legal Advisers ..................................................................
Tax Advisers ....................................................................
2. Administrative Expenses
3. Miscellaneous
Total Plan Development Expenses Not Paid by the Fund

Line 15b   Plan Implementation Expenses Not Paid by the Fund:
1. Fees:
Fund Administrator ...........................................................
IDC .................................................................................
Distribution Agent... ..........................................................
Consultants ......................................................................
Legal Advisers ..................................................................
Tax Advisers ....................................................................
2. Administrative Expenses
3. Investor Identification:
Notice/Publishing Approved Plan ...................................
Claimant Identification .....................................................
Claims Processing ............................................................
Web Site Maintenance/Call Center ...................................
4. Fund Administrator Bond
5. Miscellaneous
6. FAIR Reporting Expenses
Total Plan Implementation Expenses Not Paid by the Fund

Line 15c   Tax Administrator Fees & Bonds Not Paid by the Fund
Total Disbursements for Plan Administration Expenses Not Paid by the Fund

| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |
|---|---|
| Line 16a | Investment Expenses/CRIS Fees |
| Line 16b | Federal Tax Payments |
|  | Total Disbursements to Court/Other Not Paid by the Fund: |

Line 17   DC & State Tax Payments

| Line 18 | No. of Claims: |  |
|---|---|---|
| Line 18a | # of Claims Received This Reporting Period ...................................... |  |
| Line 18b | # of Claims Received Since Inception of Fund ................................... | 132 |
| Line 19 | No. of Claimants/Investors: |  |
| Line 19a | # of Claimants/Investors Paid This Reporting Period ........................ |  |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund ...................... |  |

Receiver:

By:   _____
(signature)

CHRISTOPHER L. PERKINS
(printed name)

RECEIVER
(title)

Date:   12-4-20

3:51 PM
10 12 2020