EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,          )<br>)<br>)<br>Plaintiff,          )<br>)<br>v.          )<br>)<br>TODD ELLIOTT HITT, KIDDAR CAPITAL LLC, and KIDDAR GROUP HOLDINGS, INC.,          )<br>)<br>)<br>)<br>Defendants,          )<br>)<br>and          )<br>)<br>KIDDAR HERNDON STATION LLC, KIDDAR HOMEBUILDING FUND I, LLC, MELBOURNE RETREAT LLC, KIDDAR MASS AVE LLC, KIDDAR RIDGEVIEW LLC, ESA EMERSON LLC, ESA HIGHWOOD LLC, and KIDDAR AQ LLC a/k/a KIDDAR AQUICORE LLC,          )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Relief Defendants.          ) | Civil No. 1:18-cv-01262 |

## ORDER APPROVING APPLICATION FOR
## ALLOWANCE OF COMPENSATION AND EXPENSE
## <u>REIMBURSEMENT TO BRUCE H. MATSON AS RECEIVER</u>

This matter came before the Court upon the Application for Allowance of Compensation and Expense Reimbursement To Bruce H. Matson As Receiver (the "**Application**") filed by Christopher L. Perkins (the "**Receiver**") of the estates of Kiddar Capital LLC, Kiddar Group

Holdings, Inc., Kiddar Homebuilding Fund I LLC, Melbourne Retreat LLC, Kiddar Mass Ave LLC, Kiddar Ridgeview LLC, ESA Emerson LLC, ESA Highwood LLC, and Kiddar AQ LLC also known as Kiddar Aquicore LLC (the "**Receivership Defendants**").  The Court, having reviewed the Application and having heard the statements of counsel in support of the relief requested therein at a hearing on the Application (the "**Hearing**") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. § 959, (ii) notice of the Application and Hearing was proper and sufficient; (iii) there are no objections to the Application; and (iv) payment of the requested compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED as follows:

1.    The Application is approved.

2.    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.    Compensation in the amount of $93,900.00 for professional services rendered as Receiver and reimbursement of $2,112.96 for out-of-pocket expenses incurred by the original Receiver from and including October 9, 2018, through and including December 13, 2019, is hereby allowed on a final basis.

4.    The Receiver is authorized and directed to pay the professional fees and expenses awarded herein in the amount of $88,320.00 to Lynn Tavenner, Trustee for the estate of LeClairRyan, PLLC; and the balance of $5,580.00 to Mr. Matson.

IT IS SO ORDERED, this ___ day of _____, 2020

_____
UNITED STATES DISTRICT JUDGE