IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:18-cv-01262 (LMB/TCB) |
| TODD ELLIOTT HITT, et al. | ) ) | |
| Defendants. | ) ) ) | |

## FINAL JUDGMENT AS TO DEFENDANT TODD ELLIOTT HITT

Plaintiff Securities and Exchange Commission having filed a Complaint and Defendant Todd Elliott Hitt ("Hitt") having: entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in Paragraph IV) (the "Final Consent"); previously consented to the Judgment of Permanent Injunction, Asset Freeze and Other Relief, which the Court entered on October 12, 2018 (Docket No. 11) (the "Prior Judgment"), which Prior Judgment remains in full force and effect following entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment or the Prior Judgment;

**IT IS HEREBY ORDERED AND ADJUDGED** that:

# I.

## DISGORGEMENT AND PREJUDGMENT INTEREST

Hitt is liable for disgorgement of $13,515,450.15, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,486,047.84, for a total of $15,001,497.99. These amounts are hereby deemed satisfied in light of the recoveries made by the receiver in this matter for the benefit of investors and further in light of the restitution ordered against Hitt in the criminal matter styled as *US v. Hitt*, E.D. Va. No. 1:19-CR-43.

# II.

## CIVIL PENALTY

Plaintiff's claim for a civil penalty against Hitt is dismissed.

# III.

## INCORPORATION OF CONSENT

The Final Consent is incorporated herein with the same force and effect as if fully set forth herein, and Hitt shall comply with all of the undertakings and agreements set forth therein.

# IV.

## BANKRUPTCY NONDISCHARGEABILITY

Solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Complaint are true and admitted by Hitt, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Hitt under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Hitt of the

federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

## V.

## RETENTION OF JURISDICTION

This Court shall retain jurisdiction of this matter and of Hitt for the purposes of enforcing the terms of this Final Judgment and the Prior Judgment.

**IT IS SO ORDERED.**

The Clerk is directed to forward copies of this Final Judgment to counsel of record and Christopher L. Perkins, Receiver, and close this civil action. *LMB*

Entered this 7th day of September, 2021.

/s/

Leonie M. Brinkema
United States District Judge