IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:18-cv-01262 (LMB/TCB) ) |
| TODD ELLIOTT HITT, et al. | ) ) ) |
| Defendants. | ) ) ) |

## ORDER AS TO PLAINTIFF'S REMAINING CLAIMS FOR MONETARY RELIEF AGAINST CORPORATE AND RELIEF DEFENDANTS

THIS MATTER is before the Court on the Motion for Entry of Final Judgment as to Defendant Todd Elliott Hitt and for Dismissal of Monetary Relief as to Corporate and Relief Defendants filed by Plaintiff Securities and Exchange Commission.

The Court, having considered the Motion, accompanying materials and all matters of record, and being otherwise fully advised, grants the Motion and **HEREBY ORDERS** the following:

1. The SEC's claims for disgorgement, prejudgment interest and civil penalties against Defendants Kiddar Capital LLC and Kiddar Group Holdings, Inc. are **DISMISSED.**

2. The SEC's claims for disgorgement and prejudgment interest against Relief Defendants Kiddar Herndon Station LLC, Kiddar Homebuilding Fund I LLC; Melbourne Retreat LLC; Kiddar Mass Ave LLC; Kiddar Ridgeview LLC; ESA Emerson LLC; ESA Highwood LLC; and Kiddar AQ LLC a/k/a Kiddar Aquicore LLC are **DISMISSED.**

The Clerk is directed to forward copies of this Order to counsel of record and Christopher L. Perkins, Receiver.

Entered this 7th day of September, 2021.

/s/ *signature*
Leonie M. Brinkema
United States District Judge